```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF INDIANA
```

IN RE:

MARGARET A HARVEY                         CASE NO: 06-07511-AJM-13

Debtor(s)

---

NOTICE OF PLAN COMPLETION

---

The Chapter 13 Trustee hereby certifies that the debtor has all payments under the confirmed Chapter 13 plan.

If the debtor is eligible for a discharge, he is now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's certification of Eligibility, on the Court's form. That form is available on the Bankruptcy Courts Website at www.insb.uscourts.gov. Under Bankruptcy Forms and Instructions, consult the list of Local forms and instructions.

**FAILURE TO FILE THE MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE WITHING 30 DAYS AFTER THE FILING OF THIS NOTICE MAYT RESULT IN THE CLOSING OF A CASE WITHOUT A DISCHARGE.**

Respectfully Yours,

Date: January 14, 2010                    /s/Robert A Brothers
                                          Chaptr 13 Trustee

Distributed to:

MARGARET A HARVEY
400 WEST MAIN STREET
NEW MARKET IN 47965

ESTATE OF WILLIAM LARRY PRICE
P/A WM J TUCKER SPECIAL ADMIN
429 N PENNSYLVANIA #100
INDIANAPOLIS IN 46204-1816

Debtor's Attorney, UST